BZS:cms     18-28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MERCY ADEGOKE, Independent Administrator of the Estate of BABY ADEGOKE, deceased, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, MICHAEL RAGLAND, M.D., ADVENTIST BOLINGBROOK HOSPITAL, and VNA HEALTH CARE, AN ILLINOIS-NOT-FOR-PROFIT CORPORATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

No. 1:18-cv-02587

## COMPLAINT AT LAW

Now comes the plaintiff, MERCY ADEGOKE, Independent Administrators of the Estate of BABY ADEGOKE, deceased, and complaining of the UNITED STATES OF AMERICA, MICHAEL RAGLAND, M.D., ADVENTIST BOLINGNBROOK HOSPITAL, and VNA HEALTH CARE, AN ILLINOIS NOT-FOR-PROFIT CORPORATION (herein "VNA") says:

**ALLEGATIONS COMMON TO COMPLAINT AT LAW**

1.     At all times herein mentioned, VNA Health Care was a facility operated as a Federally Supported Health Center pursuant to 42 USCS§254b, rendering healthcare, including prenatal care, at 400 N. Highland Ave in Aurora, IL 60506.

2.     At all times herein mentioned, Dr. Michael Ragland was a physician duly licensed to practice medicine in the State of Illinois and he was deemed an employee of the aforesaid VNA Health Care, pursuant to 42 USCS§ 233g.

3. At all times herein mentioned, Adventist Bolingbrook Hospital was a facility owned, maintained, operated and controlled by a duly licensed hospital corporation employing health care providers including but not limited to Michael Ragland, M.D.

4. Pursuant to the Federal Torts Claim Act notices of the claims hereinafter set forth (Standard Form 95) were duly served upon the United States of America on January 24, 2018, on behalf of each of the next-of-kin of Baby Adegoke.

5. As the consequence of the foregoing, the Court has exclusive jurisdiction to decide the claims hereinafter set forth, as provided by 42 USCS § 233 (a) and (g).

6. The plaintiff is the Administrator of the Estate of Baby Adegoke, who died on April 24, 2017, pursuant to Letters of Office granted to her by the Probate Division of the Circuit Court of DuPage County, Illinois, and she brings the causes of action set forth herein pursuant to the authority of said Letters of Office.

7. Baby Adegoke left surviving her as her only heirs and next-of-kin:

> Mercy Adegoke- mother
> Henry Adegoke- father
> David Adegoke- minor brother
> Daniel Adegoke- minor brother

The causes of action hereinafter set forth have accrued to each of the aforesaid next-of-kin of Baby Adegoke as the proximate result of her death.

8. Mercy Adegoke was pregnant with Baby Adegoke with an estimated delivery date of May 8, 2017.

9. On April 20, 2017, Mercy presented for a pelvic ultrasound and biophysical profile at the VNA Health Care and was examined by the aforesaid Dr. Michael Ragland at which time Baby Adegoke, in utero, was viable.

10. On April 20, 2017, it was the duty of Dr. Michael Ragland to conduct a prenatal examination that included a complete evaluation of Mercy Adegoke to determine if she was diabetic as she was significantly overweight.

11. It was the duty of the aforesaid Dr. Michael Ragland to perform a urine dipstick and draw blood to determine the health of Baby Adegoke.

12. It was the duty of the said Dr. Michael Ragland to closely monitor the fetus with NST testing, biophysical profile and antenatal testing prior to delivery as the baby would be at high risk based on maternal diabetes.

13. Much of the testing was performed at ADVENIST BOLINGBROOK HOSPITAL.

14. On April 20, 2017, in regard to the prenatal care being rendered by Dr. Michael Ragland, he was negligent in that:

    a. He failed to perform a urine dipstick to determine if Mercy Adegoke was diabetic; and/or

    b. He failed to perform a blood draw to determine if Mercy Adegoke was diabetic.

15. On April 20, 2017, Mercy Adegoke was, in fact, presenting with diabetes as the proximate cause of which Baby Adegoke died on April 24, 2017.

16. But for the aforesaid negligent acts and omissions of Dr. Michael Ragland, Baby Adegoke, through timely intervention, as a viable fetus, would have been delivered as an infant in good health.

**COUNT I (CLAIMS OF HENRY, MERCY, DAVID and DANIEL ADEGOKE)**

3

Now comes the plaintiff, MERCY ADEGOKE, as Independent Administrator of the Estate of BABY ADEGOKE, deceased, and complaining of the UNITED STATES OF AMERICA, says:

1-16. The plaintiff repeats and realleges paragraphs 1 through 12 of the common allegations of this complaint as if fully set forth herein.

17. Mercy Adegoke is the mother of Baby Adegoke and she has suffered the loss of her society and companionship and grief as a result her death.

18. Henry Adegoke is the father of Baby Adegoke and he has suffered the loss of her society and companionship and grief as a result her death.

19. David Adegoke is the brother of Baby Adegoke and he has suffered the loss of her society and companionship and grief as a result her death.

20. Daniel Adegoke is the brother of Baby Adegoke and he has suffered the loss of her society and companionship and grief as a result her death.

WHEREFORE, the plaintiff, MERCY ADEGOKE, as Independent Administrator of the Estate of BABY ADEGOKE, deceased, demands judgment against the defendants, UNITED STATES OF AMERICA, MICHAEL RAGLAND, M.D., ADVENITST BOLINGBROOK HOSPITAL and VNA HEALTH CARE, AN ILLINOIS NOT-FOR-PROFIT-CORPORATION on behalf of Henry Adegoke, Mercy Adegoke, David Adegoke and Daniel Adegoke in the sum of $5,000,000 (Five Million) DOLLARS each.

Respectfully Submitted,

MERCY ADEGOKE, Independent Administrator of the Estate of BABY ADEGOKE, deceased

S/Bradley Z. Schulman
By: BRADLEY Z. SCHULMAN

**MOTHERWAY & NAPLETON, LLP**
140 S. Dearborn, Suite 1500
Chicago, IL 60603
(312) 726-2699
For service by email:
    bschulman@mnlawoffice.com
    cstern@mnlawoffice.com
    fdesk@mnlawoffice.com